UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Case No. 4:04 CR 703 JCH (AGF) |
| JEROME T. McDANIELS, | ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Identification Testimony, filed August 9, 2005 (Doc. No. 17). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Audrey G. Fleissig, who filed a Report and Recommendation on January 31, 2006 (Doc. No. 39). Neither party submitted objections to the Report and Recommendation.

The Magistrate Judge recommends that the Defendant's Motion to Suppress Identification Testimony be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 39) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

Dated this 21st day of February, 2006

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE