# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

UNITED STATES OF AMERICA,     )
                                    )
      Plaintiff,                )
                                    )
v.                                       ) Cause No. 4:04CR703 JCH
                                    )
JEROME T. MCDANIELS,         )
                                    )
      Defendant.             )

## ORDER

      **IT IS HEREBY ORDERED** that Steven Stenger, 1505 South Big Bend Boulevard, St. Louis, Missouri, 63117, (314) 863-1117, is appointed to represent Defendant Jerome McDaniels in this cause of action.

      **IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for the jury trial on **June 12, 2006**.

      Dated this 18th day of April, 2006.


                                       \s\    Jean C. Hamilton
                              UNITED STATES DISTRICT JUDGE